THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLA LONGMIRE,           * | |
|         Plaintiff,           * | |
| v.                         * | No.: 16-cv-00025-WS-M |
|                             * | |
| CITY OF MOBILE, ALABAMA;    * | |
| MAYOR SANDY S. STIMPSONS;   * | |
| CHIEF JAMES BARBER; ASST. CHIEF  * | |
| JOSEPH D. KENNEDY; DONALD   * | |
| DEES; and MOBILE COUNTY    * | |
| PERSONNEL BOARD,           * | |
|         Defendants.         * | |

**ANSWER**

The defendant Mobile County Personnel Board in answer to the plaintiff's complaint says as follows:

The jurisdiction and venue allegations are legal conclusions and theories and require no answer, however to the extent one is required the allegations are denied.

Parties

1. The defendant admits that Carla Longmire is a female and appears to be of legal age. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

2. The defendant admits that the City of Mobile is a municipal corporation organized under the laws of the State of Alabama, and that the City of Mobile operates a police department. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

3. The defendant admits that Sandy S. Stimpson is the Mayor of the City of Mobile, Alabama. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

4. The defendant admits that Joseph D. Kennedy was employed by the Mobile Police Department. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

5. The defendant admits that Donald Dees is the Personnel Director of the Mobile County Personnel Board. The balance of the allegations in this paragraph is denied.

6. The defendant admits that the Mobile County Personnel Board was created by and enforces Local Act 470 (1939) as amended, and that the Board is located in Mobile County, Alabama. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

Factual Averments

7. The defendant admits that the plaintiff was a merit system employee at times in the past. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

8. On information and belief the plaintiff was the subject of a predisciplinary hearing conducted on December 16, 2013. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

9. Denied.

10. The defendant admits the plaintiff appealed the City of Mobile's employment action to the Mobile County Personnel Board. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

11. Denied. The defendant Mobile County Personnel Board does not file employment actions. The defendant is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

Causes of Action

12. The defendant's responses in paragraphs 1 through 11 are incorporated by reference.

13. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

14. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

15. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

16. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

17. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

18. Denied. To the extent the plaintiff alleges actions by other defendants, defendant Mobile County Personnel Board is without knowledge as to the balance of the allegations in this paragraph which are therefore denied.

19. This paragraph appears to be legal argument, however to the extent a response is necessary of the allegations in this paragraph which are denied.

20. This paragraph appears to be legal argument, however to the extent a response is necessary of the allegations in this paragraph which are denied.

21. This paragraph appears to be legal argument, however to the extent a response is necessary of the allegations in this paragraph which are denied.

22. Denied.

23. Denied..

24. Denied.

25. Denied.

26. The defendant's responses in paragraphs 1 through 25 are incorporated by reference.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

The defendant denies that the plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

1. The plaintiff's complaint fails to state a claim upon which relief may be granted against the defendant.

2. The plaintiff's claim for punitive damages is barred by the Eleventh Amendment to the United States Constitution.

3. Defendant claims the benefit of all statutes and common law doctrines limiting the imposition of damages against officers and employees of government entities.

4. The defendant hereby gives notice that it intends of rely upon other defenses which may become available or appear during the investigation and discovery process in this case, and reserves his right to amend his answer to assert such defenses.

/s/ James D. Brandyburg
James D. Brandyburg
BRA077
Attorney for Defendants
    Donald Dees and Mobile
    County Personnel Board
Attorney for Plaintiff
2607 Dauphin Street
Mobile, Alabama 36606
(251) 432-0380


*/s/* Arthur J. Madden, III
Arthur J. Madden, III
MADDA0656
Attorney for Defendants
    Donald Dees and Mobile
    County Personnel Board
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380
ajmadden@maddenandsoto.com

CERTIFICATE OF SERVICE

      I hereby certify that on January 21, 2016 I electronically filed the foregoing claim with the Clerk of the Court using the CM/ECF system which will send notification of such filing as follows:

Carroll James Ogden
P.O. Box 851133
Mobile, Alabama 36685-1133
Ricardo Andrew Woods
P.O. Box 2287
Mobile, AL 36602

                                        _/s/__ Arthur J. Madden, III
                                           Arthur J. Madden, III