THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARLA LONGMIRE, | * |
|     Plaintiff, | * |
| v. | *   No.: 16-cv-00025-WS-M |
| | * |
| CITY OF MOBILE, ALABAMA; | * |
| MAYOR SANDY S. STIMPSONS; | * |
| CHIEF JAMES BARBER; ASST. CHIEF | * |
| JOSEPH D. KENNEDY; DONALD | * |
| DEES; and MOBILE COUNTY | * |
| PERSONNEL BOARD, | * |
|     Defendants. | * |

## JOINT STATEMENT REGARDING SETTLEMENT

Pursuant to the court's scheduling order (doc 8) the parties have conferred for the purpose of discussing settlement and report to the court that the case cannot be settled and that mediation or a settlement conference would not be helpful. The parties are open to revisiting settlement should the case survive summary judgment.

    *s/Carroll J. Ogden (with permission)*
    CARROLL J. OGDEN (OGDEC5738)
    Attorney for Plaintiff
    P.O. Box 851133
    Mobile, AL 36685
    Email: carrollogden1@yahoo.com

    *s/Atoyia A. Harris (with permission)*
    ATOYIA S. HARRIS  (SCOTA0798)
    Burr & Forman LLP
    RSA Tower
    11 North Water Street
    Suite 22200
    Mobile, Alabama 36602
    Telephone: (251) 344-5151
    Email: asharris@burr.com
    Attorney for Defendants the City of Mobile,
    Mayor William S. Stimpson, Chief of the
    Mobile Police Department James Barber,
    and Former Assistant Chief of Mobile Police
    Department Joseph D. Kennedy.

                                             <u>/s/ Arthur J. Madden, III</u>
                                             Arthur J. Madden, III
                                             MADDA0656
                                             Attorney for Defendants
                                                        Donald Dees and Mobile
                                                         County Personnel Board
                                             465 Dauphin Street
                                             Mobile, Alabama 36602
                                             (251) 432-0380
                                             ajmadden@maddenandsoto.com