IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| CARLA LONGMIRE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 16-0025-WS-M |
| CITY OF MOBILE, ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting defendants' Motions for Summary Judgment (docs. 36, 37 & 39) and denying plaintiff's Motion for Partial Summary Judgment (doc. 44), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 10th day of April, 2017.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE